**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Meredith Rodriguez, et al.
   *Plaintiff(s),*

v.                                                         Case No. 4:22–cv–02152

Klein ISD Education Foundation
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Dismiss – #11

DATE: **9/21/2022**

TIME: **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN–PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                          Date: September 13, 2022

By Deputy Clerk, A. Rivera