United States District Court
Southern District of Texas
**ENTERED**
September 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MEREDITH RODRIGUEZ**, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-02152 |
| § | |
| **KLEIN ISD EDUCATION FOUNDATION**, § § | |
| Defendant. § | |

## FINAL JUDGMENT

Plaintiffs brought this suit against Klein ISD Education Foundation alleging violation of Title IX of the Education Amendments Act, negligence, and intentional infliction of emotional distress. Defendant filed a Motion to Dismiss Plaintiff's Complaint. (Doc. 11.) The Court granted this motion and dismissed all of Plaintiff's claims. Claim I was dismissed without prejudice and Claims II and III were dismissed with prejudice. (Sept. 21, 2022 Minute Entry.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED**.

Signed at Houston, Texas on September 27, 2022.

_____
Keith P. Ellison
United States District Judge